**Debbie WASHINGTON, Plaintiff–Appellant,**

v.

**Patrick R. DONAHOE, Postmaster General for the United States Postal Service Capital Metro Area; Prince Jones; Annetta Wallace, Retired; Ida Strugell; Toni Grier, Retired; Frances C. Lamer; Jennifer Green; Rochell Talley; Williams Jacob; William Mooney; U.S. Postal Service, Postmaster General; Robert Harnest, NALC 142 Branch; Ellen S. Saltzman, Arbitrator; Timothy W. Dowdy, National Business Agent; Robert Williams, NALC–142; Alton Branson, NALC 142; Nigel McClean, Defendants–Appellees.**

No. 14–1162.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Debbie Washington, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Nathaniel Cohen, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debbie Washington appeals the district court's orders denying relief on her complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. Donahoe*, No. 8:13–cv–00339–DKC, 2014 WL 465721 (D.Md. Feb. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*